■ The People of the State of New York, Respondent, v Eduardo Perez, Appellant. [856 NYS2d 862]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered April 26, 2007, convicting him of burglary in the second degree and grand larceny in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

By pleading guilty, the defendant forfeited his right to review of his claim that he was deprived of a speedy trial under CPL 30.30 (*see People v O'Brien,* 56 NY2d 1009, 1010 [1982]). Moreover, the defendant could not validly reserve his right to obtain appellate review of his statutory speedy trial claim by obtaining, when he entered his plea, the consent of the prosecutor and the approval of the court (*see People v O'Brien,* 56 NY2d at 1010; *People v Douglas,* 46 AD3d 698 [2007]). Skelos, J.P., Santucci, Covello, McCarthy and Chambers, JJ., concur.

■ The People of the State of New York, Respondent, v Alcides Ramos, Appellant. [856 NYS2d 862]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 27, 1989 (*People v Ramos,* 147 AD2d 718 [1989]), affirming a judgment of the County Court, Rockland County, rendered May 28, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Spolzino, JJ., concur.